IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER MEYERS,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

   v.                                        Case No. 13-cv-258-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, against plaintiff Jennifer Meyers affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits and supplemental security income under the Social Security Act, 42 U.S.C. § 405(g).

        s/ A. Wiseman, Deputy Clerk                April 25, 2014
      Peter Oppeneer, Clerk of Court                      Date